Amir J. Goldstein, Esq. (CA Bar No. 255620)
ajg@consumercounselgroup.com
5455 Wilshire Boulevard, Suite 1812
Los Angeles, CA 90036
Tel 323.937.0400
Fax 866.288.9194

Attorney for Plaintiff

JS-06

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MARCELLO, | CASE NO.: 11-CV-7387 VBK |
| Plaintiff, | STIPULATION OF DISMISSAL |
| v. | |
| BAY AREA CREDIT SERVICE, LLC | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients, (the defendant not having appeared) that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.  Any claims of any putative class members are dismissed without prejudice.

　　　／S/ AJG_____
Amir J. Goldstein, Esq.
**Attorney for the Plaintiff**
5455 Wilshire Boulevard., Suite 1812
Los Angeles, CA 90036
Tel 323.937.0400
Fax 866.288.9194

SO ORDERED:

_____/s/_____

U.S. MAGISTRATE JUDGE

VICTOR B. KENTON